been committed, used language from which the jury might well infer that the underlying question whether the crime had been committed was withdrawn from the jury and decided by the judge.

Accordingly, we reverse the case, and remand it for early retrial.

**UNITED STATES v. Jos. Fred. KELLEY.**

No. 6121.

Circuit Court of Appeals, Sixth Circuit.
Feb. 3, 1932.

See, also, 59 F.(2d) 743.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

Kinnane & Leibrand, of Bay City, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

**UNITED STATES v. Jos. Fred. KELLEY.**

No. 6120.

Circuit Court of Appeals, Sixth Circuit.
Feb. 3, 1932.

See, also, 59 F.(2d) 743.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

Kinnane & Leibrand, of Bay City, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.